IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHARON ROGERS, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:10cv00383 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 20, 2012 (Doc. #18) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #15) is GRANTED;

3. Plaintiff is granted an award of attorney fees in the total amount of $4,585.36; and

4.  The case remains terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge